COM.

v.

**PADDY, K.**

**1369 EDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–51–CR–0012829–2008 (Philadelphia)

Affirmed

COM.

v.

**PEREZ, J.**

**1422 EDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–51–CR–0013059–2014 (Philadelphia)

Affirmed

COM.

v.

**RODRIGUEZ, B.**

**2137 EDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–39–CR–0005468–2013 (Lehigh)

Affirmed

COM.

v.

**SATCHER, R.**

**2194 EDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–46–CR–0009301–2014 (Montgomery)

Affirmed

COM.

v.

**BAKER, L.**

**2537 EDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–23–CR–0001520–1994 (Delaware)

Vacated/Remanded

COM.

v.

**STRAILE, J.**

**3197 EDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–48–CR–0000437–2015 (Northampton)

Affirmed